1  CENTER FOR DISABILITY ACCESS
   Amanda Seabock, Esq., SBN 289900
2  Chris Carson, Esq., SBN 280048
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5
   Attorneys for Plaintiff
6

7                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
8

9  SCOTT JOHNSON,                    ) Case No.: 5:19-CV-02737-LHK
                                     )
10        Plaintiff,                 ) **NOTICE OF SETTLEMENT**
                                     )
11     v.                            )
                                     )
12 29-41 SOUTH JACKSON, L.P., a      )
   California Limited Partnership;   )
13 29-41 SOUTH JACKSON, LLC, a       )
   California Limited Liability Company; )
14 ELENA GALINDO ALVAREZ; and Does )
   1-10,                             )
15                                   )
          Defendants.                )
16

17     The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case.
19     The plaintiff expects that the stipulation for dismissal with prejudice as to all
20 parties will be filed within 60 days.
21

22                            CENTER FOR DISABILITY ACCESS
23
24 Dated: March 05, 2020     By: /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
25                               Attorney for Plaintiff
26
27
28

Notice of Settlement          -1-              5:19-CV-02737-LHK