CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JESSE W. JACK (SBN: 034669)
jesse@jessejacklaw.com
LAW OFFICES OF JESSE W. JACK
2269 Dry Creek Road
San Jose, California 95124-1216
Telephone: (408) 279-5040
Facsimile: (408) 279-5044
Attorneys for Defendants
29-41 South Jackson, L.P., 29-41 South Jackson, LLC and Elena Galindo Alvarez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>   v.<br><br>29-41 SOUTH JACKSON, L.P., a California Limited Partnership; 29-41 SOUTH JACKSON, LLC, a California Limited Liability Company; ELENA GALINDO ALVAREZ; and Does 1-10,<br><br>     Defendants. | Case: 5:19-CV-02737-LHK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 07, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: August 07, 2020        LAW OFFICES OF JESSE W. JACK

By: /s/ Jesse W. Jack
    Jesse W. Jack
    Attorneys for Defendants
    29-41 South Jackson, L.P., 29-41
    South Jackson, LLC and Elena
    Galindo Alvarez

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jesse W., counsel for 29-41 South Jackson, L.P., 29-41 South Jackson, LLC and Elena Galindo Alvarez, and that I have obtained Mr. Jack's authorization to affix his electronic signature to this document.

Dated: August 07, 2020         CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff